United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mary Ann Bright
Gerald M. Bright
    Debtors

Case No. 14-17570-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Jul 13, 2016
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
13438229     CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA   50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:
        CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
         bankruptcy@foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
        JEROME B. BLANK    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
        JOSEPH PATRICK SCHALK    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CitiMortgage, Inc. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        ROBERT H. HOLBER    on behalf of Debtor Mary Ann  Bright rholber@holber.com
        ROBERT H. HOLBER    on behalf of Joint Debtor Gerald M. Bright rholber@holber.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                    TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-17570-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mary Ann Bright<br>509 Tasker Avenue<br>Norwood PA 19074 | Gerald M. Bright<br>509 Tasker Avenue<br>Norwood PA 19074 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/13/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA  50368-8971 | MidFirst Bank<br>999 Northwest Grand Blvd.<br>Oklahoma City, OK 73118 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/15/16

Tim McGrath
**CLERK OF THE COURT**