United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mary Ann Bright
Gerald M. Bright
    Debtors

Case No. 14-17570-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Sep 12, 2017
                 Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
db/jdb      +Mary Ann Bright,   Gerald M. Bright,   509 Tasker Avenue,   Norwood, PA 19074-1322
cr         +Springleaf Financial Services of Pennsylvania, Inc,   c/o Craig H. Fox,
          425 Swede Street, Suite 706,   One Montgomery Plaza,   Norristown, PA 19401-4853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Sep 13 2017 02:54:18    City of Philadelphia,
        City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
        Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2017 02:53:56
        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
        Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2017 02:54:08    U.S. Attorney Office,
        c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 02:55:29    Synchrony Bank,
        c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
        Miami, FL 33131-1605
                                                                                                                        TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
        ANDREW SPIVACK    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc. bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
        JEROME B. BLANK    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CitiMortgage, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
        ROBERT H. HOLBER    on behalf of Debtor Mary Ann Bright rholber@holber.com
        ROBERT H. HOLBER    on behalf of Joint Debtor Gerald M. Bright rholber@holber.com
        THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                      TOTAL: 14

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mary Ann Bright<br>Gerald M. Bright<br>　　　　Debtors | CHAPTER 13 |
| MidFirst Bank<br>　　　　Movant<br>vs. | NO. 14-17570 MDC |
| Mary Ann Bright<br>Gerald M. Bright<br>　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller<br>　　　　Trustee | |

### ORDER

AND NOW, this 12th day of September, 2017, upon consideration of the motion of MidFirst Bank, and/or upon the failure of Debtors and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), as amended, is modified with respect to the subject premises located at 509 Tasker Avenue, Norwood, PA 19074 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.