United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-17570-mdc
Mary Ann Bright                                                 Chapter 13
Gerald M. Bright
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JEGilmore          Page 1 of 2           Date Rcvd: Dec 20, 2017
                            Form ID: 138NEW          Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db/jdb         +Mary Ann Bright,    Gerald M. Bright,    509 Tasker Avenue,    Norwood, PA 19074-1322
cr             +Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox,
                425 Swede Street, Suite 706,    One Montgomery Plaza,    Norristown, PA 19401-4853
13389895       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13389896       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13389897       +Capital 1 Bank,    Attn: General Correspondence,    PO Box 30285,    Salt Lake City, UT 84130-0285
13438229        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA  50368-8971
13389898       +Citimortgage,    1000 Technology Dr.,    O’Fallon, MO 63368-2240
13389899       +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
13389900       +Commonwealth of PA,    Unemployment Comp. Fund,    P.O. Box 60130,    Harrisburg, PA 17106-0130
13396062       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13389901       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13391799       +MOHELA/Dept of Ed,    633 Spirit Dr,    Chesterfield MO 63005-1243
13758976       +MidFirst Bank,    999 Northwest Grand Blvd.,    Oklahoma City, OK 73118-6051
13389903       +Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243
13389906       +Robert H. Holber, Esquire,    41 E. Front Street,    Media, Pa 19063-2911
13389908       +Spingleaf Financial,    P.O. Box 742536,    Cincinnatti, OH 45274-2536
13389907       +Spingleaf Financial,    P.O. Box 742536,    Cincinnati, OH 45274-2536
13487201        Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
                Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
                Norristown, PA  19401
13416293       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13389911       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:22      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:15
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:59      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: cbp@onemainfinancial.com Dec 21 2017 01:39:14      OneMain Financial Group LLC,
                PO Box 3251,    Evansville, IN  47731-3251
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:48      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13513296       +E-mail/Text: bncmail@w-legal.com Dec 21 2017 01:43:43      ALTAIR OH XIII, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13394444        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2017 01:51:00
                American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13464279       +E-mail/Text: bncmail@w-legal.com Dec 21 2017 01:43:43      CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13389902       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:15      Gemb/walmart,    Attn: Bankruptcy,
                PO Box 103104,    Roswell, GA 30076-9104
13389904       +E-mail/PDF: cbp@onemainfinancial.com Dec 21 2017 01:39:31      Onemain Fi,    Po Box 499,
                Hanover, MD 21076-0499
13464012        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:51:30
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13389905       +E-mail/Text: collections@greentrustcash.com Dec 21 2017 01:44:48      Plain Green,
                c/o Green Trust Cash,    P.O. Box 340,    Hays, MT 59527-0340
13422946        E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2017 01:42:50
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13394276        E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2017 01:39:53
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13416142        E-mail/PDF: cbp@onemainfinancial.com Dec 21 2017 01:39:31      Springleaf Financial Services,
                PO Box 3251,    Evansville, IN 47731
13389909       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:48      Syncb/gap,    Po Box 965005,
                Orlando, FL 32896-5005
13389910       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:48      Syncb/toysrus,    Po Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 17
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2         User: JEGilmore           Page 2 of 2           Date Rcvd: Dec 20, 2017
                             Form ID: 138NEW           Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              JEROME B. BLANK    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CitiMortgage, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Debtor Mary Ann  Bright rholber@holber.com
              ROBERT H. HOLBER    on behalf of Joint Debtor Gerald M. Bright rholber@holber.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mary Ann Bright and Gerald M. Bright

    Debtor(s)

Bankruptcy No: 14–17570–mdc

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/20/17

91 – 90
Form 138_new