Certificate Number: 03621-PAE-DE-030347646

Bankruptcy Case Number: 14-17570



03621-PAE-DE-030347646

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2017, at 6:41 o'clock PM EST, Maryann Bright completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 26, 2017    By: /s/Bill Sheehan

Name: Bill Sheehan

Title: Counselor