Certificate Number: 03621-PAE-DE-030347647

Bankruptcy Case Number: 14-17570



03621-PAE-DE-030347647

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 26, 2017</u>, at <u>6:42</u> o'clock <u>PM EST</u>, <u>Gerald M Bright</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   December 26, 2017           By:    /s/Bill Sheehan

                                    Name:  Bill Sheehan

                                    Title: Counselor